

**ZACHARY W. CARTER**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**HANNAH V. FADDIS**
*Senior Counsel*
phone: (212) 356-2486
fax: (212) 356-3509
hfaddis@law.nyc.gov

February 15, 2019

**<u>VIA ECF</u>**
Honorable Cheryl L. Pollak
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   <u>Michael Reid aka Wayne Martin v. City of New York, et al.</u>
>         17-CV-5268 (LDH) (CLP)

Your Honor:

I am one of the attorneys assigned to represent defendants the City of New York, Hopkins, Gasser, Braithwaite, and Connolly in the above-referenced matter. Defendants write with a joint request by the parties to: (1) extend the time to complete certain items of discovery; and (2) adjourn the status conference presently scheduled for February 21, 2019.

On November 15, 2018, the parties appeared for a status conference in this matter. At that time the Court directed the parties to complete document discovery and party depositions by February 21, 2019. The parties have exchanged voluminous document discovery and partially completed the deposition of the plaintiff. Additionally, the parties have deposed one non-party eyewitness identified by the plaintiff. Since the last conference, defendants have been conducting an investigation to locate a second potential eyewitness identified by the plaintiff, and working to obtain records from plaintiff's criminal defense attorney relating to plaintiff's prosecution, both of which they believe are necessary in order to complete plaintiff's deposition. Due to scheduling limitations, the parties have not yet commenced the defendants' depositions.

The parties have conferred and, in coordination with the attorney representing the State in plaintiff's parallel Court of Claims action, confirmed dates for the remaining party depositions in this case between March 18 and 29, 2019. As the parties are in the process of completing document discovery and party depositions, they respectfully, jointly request that the Court extend the time to complete document discovery and party depositions up to an including March 29, 2019, and adjourn the February 21st status conference to a date thereafter.

Defendants thank the Court for its consideration herein.

Respectfully submitted,

/s/
Hannah V. Faddis
*Senior Counsel*
Special Federal Litigation Division

cc:    **VIA ECF**
Craig Phemister, Esq.
Napoli Shkolnik PLLC
360 Lexington Avenue, 11th Floor
New York, New York 10017

2