

April 1, 2019

**Via ECF**
Honorable Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    Michael Reid a/k/a  Wayne Martin v. City of New York, et al.
             17-CV-5268 (LDH)(CLP)

Your Honor:

I represent the Plaintiff in the above action and am writing **on consent of defense counsel** to request that I be permitted to appear via telephone for the conference on Wednesday, April 3, 2019 at 12:30pm.

After selecting a jury last week on Tuesday and Wednesday in the Bronx Supreme State Court, I was finally assigned to a Judge today for trial and was informed that we would be starting the trial on Wednesday, April 3rd.   The case name is Mario Defelice v. City of New York.  Index #21481/14.

Although I could have someone else from my office appear for me in person for the conference, I am the most familiar with the case and want to be involved in the conference – albeit by telephone if permission is granted.

By email correspondence today, defense counsel, Hannah Faddis consented to my telephone appearance, but indicated that she would be in the EDNY anyway and would likely appear in person.  I am in agreement with that if the Court consents.

I appreciate your time and consideration in this matter.

                  Respectfully,

                  *Craig Phemister*

                  Craig Phemister (CP0288)

NAPOLILAW.COM

360 LEXINGTON AVENUE, 11TH FLOOR, NEW YORK, NEW YORK 10017 | (212) 397-1000
A New York Professional Limited Liability Company.