AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District

MICHAEL REID a/k/a Wayne Martin )
*Plaintiff* )
v. ) Case No. 1:17-cv-05268
The City of New York, et. al. )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff MICHAEL REID a/k/a Wayne Martin.

Date: 04/21/2022

*Attorney's signature*

James D. Henning (#5397773)
*Printed name and bar number*

86 Livingston Street
Brooklyn NY 11201

*Address*

jhenning@jhenninglaw.com
*E-mail address*

(908) 309-0435
*Telephone number*

*FAX number*