THE LAW OFFICE OF ELLIE SILVERMAN, PC

745 5TH AVENUE, SUITE 500 * NEW YORK, NY * 10151

May 16, 2022

**VIA ELECTRONIC CASE FILING**
**Honorable James R. Cho**
**United States Magistrate Judge**
**Eastern District of New York**
**225 Cadman Plaza East**
**Brooklyn, New York 11201**

**Re: Michael Reid aka Wayne Martin v. City of New York, et al. 17-cv-5268 (RPK) (JRC)**

Your Honor:

    My name is Ellie Silverman and I recently filed an appearance as an associate for Napoli Shkolnik, potential outgoing counsel for Plaintiff, Michael Reid.

    As of today, May 16, 2022 I am no longer associated with the firm.  Therefore, I have no professional relationship with Plaintiff and have not been retained by Michael Reid aka Wayne Martin to represent him in this matter.

    Wherefore, Plaintiff respectfully requests that this Honorable Court grants Your Undersigned's Motion to Withdraw and any such other further relief as this Court deems necessary and proper.

Respectfully submitted,

Ellie A. Silverman

* 215-620-6616 * ELLIE@ELLIESILVERMANLAW.COM