UNITED STATES DISTRICT COURT
EASTERN DISTRICT NEW YORK

---

MICHAEL REID a/k/a WAYNE MARTIN,

                Claimant,

-against-                               **ORDER TO SHOW CAUSE**

                                                           DOCKET NO: 17-cv-05268

THE STATE OF NEW YORK,

                Defendant.

---

      Upon the annexed affidavit of JAMES D. HENNING, incoming counsel for Claimant MICHAEL REID a/k/a WAYNE MARTIN, sworn to the 12th day of May 2022, and the papers annexed thereto, it is

      **ORDERED** that MARIE NAPOLI or CRAIG PHEMISTER of NAPOLI SHKOLNIK, PLLC, outgoing counsel for MICHAEL REID a/k/a WAYNE MARTIN show cause before this Court on the _____ day of _____, 2022 at _____ o'clock or as soon thereafter as counsel can be heard, why an order should not be issued, pursuant to common-law retaining lien principles, vacating the retaining lien of NAPOLI SHKOLNIK, PLLC, and ordering turnover of the Claimant's legal file, or Granting such other and further relief as to the Court may seem just and equitable.

      **ORDERED** that service of a copy of this order to show cause and the papers upon which it was made upon MARIE NAPOLI and CRAIG PHEMISTER, of NAPOLI SHKOLNIK, PLLC by (choose one):

    1) Personal delivery pursuant to CPLR 2103(b)(1) or 2103 (c)

1

    2)  Overnight delivery service pursuant to CPLR 2103(b)(6)

    3)  First class mail with certificate of mailing at the Post Office

    4)  E-mail

    5) Filing through New York State Courts Electronic Filing (NYSCEF/ECF)

On or before _____, 2022, shall be deemed sufficient service thereof and it is further;

**ORDERED** that opposition papers, if any, must be served by (choose one):

    1)  Personal delivery pursuant to CPLR 2103(b)(1) or 2103 (c)

    2)  Overnight delivery service pursuant to CPLR 2103(b)(6)

    3)  First class mail with certificate of mailing at the Post Office

    4)  E-mail

    5) Filing through New York State Courts Electronic Filing (NYSCEF/ECF)

At least _____ days prior to the return date herein; and it is

**ORDERED** that the motion brought on by this order to show cause shall not be orally argued unless counsel are notified to the contrary by the Clerk of the Court.

Dated _____             _____
                                          Honorable Linda Mejias-Glover
                                          Judge of the New York State Court of Claims