# EXHIBIT A

## Napoli & Shkolnik PLLC
Detailed Disbursement - Michaeal Reid a/k/a Wayne Martin
Index #:  1:17-cv-0568-RPK-JRC

| Internal ID | Date | Vendor | Document Number | Memo | Amount |
|---|---|---|---|---|---|
| 49952 | 8/9/2016 | John Lamont Ramsey - Liberty Investigations | 1001 | 1001 - Wayne Martin CNV 042610 | 500.00 |
| 56185 | 9/21/2016 | John Lamont Ramsey - Liberty Investigations | 1003 | 1003 | 100.00 |
| 56185 | 9/21/2016 | John Lamont Ramsey - Liberty Investigations | 1003 | 1003 | 150.00 |
| 56185 | 9/21/2016 | John Lamont Ramsey - Liberty Investigations | 1003 | 1003 | 150.00 |
| 70097 | 11/9/2016 | John Lamont Ramsey - Liberty Investigations | 1003 | Martin | 150.00 |
| 93435 | 2/9/2017 | John Lamont Ramsey - Liberty Investigations | 1008 | 1008 | 175.00 |
| 102481 | 3/21/2017 | John Lamont Ramsey - Liberty Investigations | 1009 | 1009 | 200.00 |
| 102916 | 3/27/2017 | Craig Phemister | Reimbursement | Copy of License | 440.00 |
| 123109 | 6/13/2017 | John Lamont Ramsey - Liberty Investigations | 1011 | 1011 | 125.00 |
| 140589 | 8/1/2017 | Nexonia Napoli Skholnik | NEX-1325-3 | Client Advances: 03/28/2017; NEW YORK COUNTY CLERK Card Holder: MARIE E NAPOLI 1010 | 45.00 |
| 154541 | 11/2/2017 | Big Brother Process Serving Corp. | 7260 | 7260 Micahel Reid CNV 042610 | 679.15 |
| 156313 | 11/10/2017 | John Lamont Ramsey - Liberty Investigations | 1017 | Meeting for information on Ex ADA | 200.00 |
| 162233 | 12/12/2017 | Superintendent Kirkpatrick | Michael Reid | Michael Reid DIN#99A5500 | 164.25 |
| 195296 | 7/3/2018 | Unishippers | 1014652477 | Sender Name: Napoli Law Tracking Number: 1ZYV03190314624933 | 23.96 |
| 206412 | 9/13/2018 | John Lamont Ramsey - Liberty Investigations | 1027 | Met with Client in Brooklyn | 250.00 |
| 210248 | 10/4/2018 | Unishippers | 1014975721 | 1Z94R90E1331421316 | 14.94 |
| 229230 | 1/9/2019 | John Lamont Ramsey - Liberty Investigations | 1031 | 12/19 Went to Clerk's office to speak about how long motion taking | 150.00 |
| 229230 | 1/9/2019 | John Lamont Ramsey - Liberty Investigations | 1031 | 12/21 Met with family members of witness near hat who's in jail | 225.00 |
| 229230 | 1/9/2019 | John Lamont Ramsey - Liberty Investigations | 1031 | 12/22 Went to Court to get copies of client's file | 175.00 |
| 250163 | 4/11/2019 | John Lamont Ramsey - Liberty Investigations | 1034-04/10/19 | 1034:Went to Green Haven and spoke with friends who knows Cameron | 300.00 |
| 250163 | 4/11/2019 | John Lamont Ramsey - Liberty Investigations | 1034-04/10/19 | 1034: Tried locating witness in Brooklyn who CRU turned over | 250.00 |
| 250163 | 4/11/2019 | John Lamont Ramsey - Liberty Investigations | 1034-04/10/19 | 1034:Reached out to people who know Jeffrey Joseph to get info | 150.00 |
| 251686 | 4/15/2019 | Magna Legal Services | 498968-CNV | 498968-Original and copy of Michael Brathwaite deposition | 148.75 |
| 251687 | 4/15/2019 | Magna Legal Services | 498951-CNV | 498951-Transcription services for Michael Hopkins deposition | 171.05 |
| 257187 | 5/7/2019 | John Lamont Ramsey - Liberty Investigations | 1035-05/09/19 | Went to Green Haven prison to meet with associate of Allen Cameron | 250.00 |
| 265143 | 6/10/2019 | John Lamont Ramsey - Liberty Investigations | 1036 | Met with client and Craig -- reviewed client's claims about witness compared to affidavit. Need additional witness info. | 200.00 |
| 271472 | 7/11/2019 | John Lamont Ramsey - Liberty Investigations | 1037 | Visit to GreenHaven prison -- met with friend to get info on Alan Cameron to explore possible role in crime | 375.00 |
| 271472 | 7/11/2019 | John Lamont Ramsey - Liberty Investigations | 1037 | Searched for medical doctor client needed to find for records | 200.00 |
| 275267 | 8/8/2019 | Magna Legal Services | 523093 | 523093-Original and certified copy-Kevin M Gasser | 334.70 |
| 275353 | 8/9/2019 | John Lamont Ramsey - Liberty Investigations | 1038 | Visit to Green Haven prison -- discussed Alan Cameron with a friend who may know him. | 400.00 |
| 275353 | 8/9/2019 | John Lamont Ramsey - Liberty Investigations | 1038 | Kings Court and obtained portion of court file | 75.00 |
| 279313 | 8/22/2019 | Magna Legal Services | 525056 | 525056-Original and one certified copy-Matthew Steiner | 243.25 |
| 290252 | 10/25/2019 | Magna Legal Services | 545189 | 545189-Original and 2 certified copies -Walter Connelly | 190.00 |
| 293191 | 11/8/2019 | John Lamont Ramsey - Liberty Investigations | 1041 | Travelled to location of tire store to check for additional witnesses | 200.00 |
| 293191 | 11/8/2019 | John Lamont Ramsey - Liberty Investigations | 1041 | Met with family members of witness near hat who's in jail | 225.00 |
| 297631 | 12/9/2019 | John Lamont Ramsey - Liberty Investigations | 1042 | Went to Sing Sing to meet with Jeffrey Joseph friend | 200.00 |
| 297631 | 12/9/2019 | John Lamont Ramsey - Liberty Investigations | 1042 | Went to Brooklyn searching for Michael Walker -- no longer at address given according to mailman. | 125.00 |
| 302946 | 1/9/2020 | John Lamont Ramsey - Liberty Investigations | 1043 | Met with people who know witness Michael Walker -- he may be in Georgia now | 150.00 |
| 302946 | 1/9/2020 | John Lamont Ramsey - Liberty Investigations | 1043 | Calls to family members of Walker in Georgia to see if he's down there | 325.00 |
| 302946 | 1/9/2020 | John Lamont Ramsey - Liberty Investigations | 1043 | Found witness in Georgia -- confirmed with family. Spoke with craig | 125.00 |
| 302946 | 1/9/2020 | John Lamont Ramsey - Liberty Investigations | 1043 | Made phone calls and spoke with witness Gary, Jr. -- he was open to speak but only in person | 75.00 |
| 309509 | 2/10/2020 | John Lamont Ramsey - Liberty Investigations | 1044 | Met with client's criminal attorney and picked up his file | 50.00 |
| 309509 | 2/10/2020 | John Lamont Ramsey - Liberty Investigations | 1044 | Went to Brooklyn location to meet with survivor Gary, Jr. | 125.00 |
| 309509 | 2/10/2020 | John Lamont Ramsey - Liberty Investigations | 1044 | Waited outside location in Georgia for witness -- Michael Walker. | 325.00 |
| 309509 | 2/10/2020 | John Lamont Ramsey - Liberty Investigations | 1044 | Met with witness Michael Walker - gathered info for Affidavit and called Craig to type it up and email to me. | 200.00 |
| 309509 | 2/10/2020 | John Lamont Ramsey - Liberty Investigations | 1044 | Met client at a Notary Public with Affidavit, went over it with him and signed it in front of Notary. Emailed to Craig. | 150.00 |
| 311385 | 2/18/2020 | Unishippers | 1016647355 | UPS Shippment Invoice #1016647355 | 12.87 |
| 311385 | 2/18/2020 | Unishippers | 1016647355 | UPS Shippment Invoice #1016647355 | 12.87 |
| 323873 | 3/19/2020 | John Lamont Ramsey - Liberty Investigations | 1045 | Went to Green Haven -- met with friend who may know Cameron | 325.00 |
| 323873 | 3/19/2020 | John Lamont Ramsey - Liberty Investigations | 1045 | Waited for Gary Jr. outside his work -- took photos | 200.00 |
| 323873 | 3/19/2020 | John Lamont Ramsey - Liberty Investigations | 1045 | Car rental from trip to Georgia to meet witness Michael Walker and get Affidavit -- receipt attached. | 275.25 |
| 334047 | 4/16/2020 | John Lamont Ramsey - Liberty Investigations | 1046 | Sat by Gary Jr's building waiting for him to come out for work. | 275.00 |
| 334047 | 4/16/2020 | John Lamont Ramsey - Liberty Investigations | 1046 | Met with client and showed him pictures obtained of witnesses. He recognized Gary, Jr. from trial. | 200.00 |
| 334047 | 4/16/2020 | John Lamont Ramsey - Liberty Investigations | 1046 | In Atlanta with family -- met with witness Michael Walker who agreed to call witness Gary, Jr. | 175.00 |
| 342667 | 5/12/2020 | John Lamont Ramsey - Liberty Investigations | 1047 | Went to meet with a friend of Jeffrey Joseph in New Jersey. | 275.00 |
| 342667 | 5/12/2020 | John Lamont Ramsey - Liberty Investigations | 1047 | Phone call from Clinton Correctional from inmate who knows Jeffrey Joseph. | 50.00 |
| 342667 | 5/12/2020 | John Lamont Ramsey - Liberty Investigations | 1047 | Met with brother and mother of victim Gary Turner, Jr. in Brooklyn. | 325.00 |
| 355674 | 6/12/2020 | John Lamont Ramsey - Liberty Investigations | 1048 | Met with Jeffrey Joseph's sister in Brooklyn to try to get Joseph on board with meeting with Craig. | 175.00 |
| 355674 | 6/12/2020 | John Lamont Ramsey - Liberty Investigations | 1048 | While in Atlanta to see family -- drove to see Michael Walker who already signed the Affidavit. | 250.00 |
| 365729 | 7/15/2020 | John Lamont Ramsey - Liberty Investigations | 1049 | Met with friend of Donald Turner, gave him script of what Walker said in his affidavit. He will reach out to Dt | 250.00 |
| 365729 | 7/15/2020 | John Lamont Ramsey - Liberty Investigations | 1049 | Went to witness from Joseph shooting. She lives at address on Accurint report. Left a card. | 125.00 |
| 365729 | 7/15/2020 | John Lamont Ramsey - Liberty Investigations | 1049 | Met with friend ex ADA from Kings County -- went over what CRU is about to release on about 20 cases including Reids. | 150.00 |
| 375293 | 8/13/2020 | John Lamont Ramsey - Liberty Investigations | 1050 | Met with Jeffrey Joseph's cousin in Brooklyn to try to get Joseph on board with meeting with Craig. | 175.00 |
| 375293 | 8/13/2020 | John Lamont Ramsey - Liberty Investigations | 1050 | Went to Donald Turner's residence. Spent some time with his sister who gave me some information I passed to Craig. | 250.00 |
| 394781 | 9/22/2020 | John Lamont Ramsey - Liberty Investigations | 1050A | Met with Walker's family member. Getting me in to see Son. | 150.00 |
| 394781 | 9/22/2020 | John Lamont Ramsey - Liberty Investigations | 1050A | Recorded phone call with witness in Georgia -- sent to office to get Affidavit typed up. | 100.00 |
| 394781 | 9/22/2020 | John Lamont Ramsey - Liberty Investigations | 1050A | Took Affidavit to Gary Jr -- he read it and we called Walker in Georgia. He confirms it. | 125.00 |
| 415499 | 10/30/2020 | John Lamont Ramsey - Liberty Investigations | 1051 | Went to Green Haven prison. Met with friend who is in same block as Alan Cameron -- he will get me info. | 400.00 |
| 415499 | 10/30/2020 | John Lamont Ramsey - Liberty Investigations | 1051 | Spoke with client and with CP about whether to go to victim for statement or not | 75.00 |
| 432475 | 11/30/2020 | John Lamont Ramsey - Liberty Investigations | 1052 | Visit with Michael in Greenhaven prison -- took him pictures of client and other suspect. | 400.00 |
| 582896 | 10/8/2021 | John Lamont Ramsey - Liberty Investigations | 1063 - NS | Went to Syracuse to visit with potential witness who was listed in DA file. He will get me in touch with Walker again | 500.00 |
| 651554 | 3/24/2022 | John Lamont Ramsey - Liberty Investigations | JE20060 | CNV 042610 Michael Reid Add Expense Went to location of client's arrest. Met with client interviewed store owner. | 250.00 |
| 651554 | 3/24/2022 | John Lamont Ramsey - Liberty Investigations | JE20060 | CNV 042610 Michael Reid Add Expense Met with client in Queens to get witness statement from friend | 250.00 |
| 651554 | 3/24/2022 | John Lamont Ramsey - Liberty Investigations | JE20060 | CNV 042610 Michael Reid Add Expense Met with client's criminal attorney and picked up his file | 175.00 |
| 651554 | 3/24/2022 | John Lamont Ramsey - Liberty Investigations | JE20060 | CNV 042610 Michael Reid Add Expense Met with client at his job -- had him sign what attorney needed | 150.00 |
| 651554 | 3/24/2022 | John Lamont Ramsey - Liberty Investigations | JE20060 | CNV 042610 Michael Reid Add Expense Went to incident location -- spoke with store owner, obtained statement | 150.00 |
| 651554 | 3/24/2022 | John Lamont Ramsey - Liberty Investigations | JE20060 | CNV 042610 Michael Reid Add Expense Went to Long Island, obtained signatures on documents to file in the federal cou | 125.00 |
| 651554 | 3/24/2022 | John Lamont Ramsey - Liberty Investigations | JE20060 | CNV 042610 Michael Reid Add Expense Went to 101st precinct to try to get photo of client from officer | 200.00 |
| 651554 | 3/24/2022 | John Lamont Ramsey - Liberty Investigations | JE20060 | CNV 042610 Michael Reid Add Expense Met with client to pick up his criminal file and photographs. | 175.00 |
| 651554 | 3/24/2022 | John Lamont Ramsey - Liberty Investigations | JE20060 | CNV 042610 Michael Reid Add Expense Took client to see his brother who might have a false arrest case. | 150.00 |
| 651554 | 3/24/2022 | John Lamont Ramsey - Liberty Investigations | JE20060 | CNV 042610 Michael Reid Add Expense Met with client who took me by the precinct. | 150.00 |
| 651554 | 3/24/2022 | John Lamont Ramsey - Liberty Investigations | JE20060 | CNV 042610 Michael Reid Add Expense Went to location of arrest and took photographs -- emailed Craig | 225.00 |
| | Various | John Lamont Ramsey - Liberty Investigations | | Various Misc | 316.66 |

Total $17,047.70