

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, N.Y. 10007

**JOSEPH ZANGRILLI**
*Senior Counsel*
phone: (212) 356-2657
fax: (212) 356-1148
jzangril@law.nyc.gov

June 27, 2022

**VIA ECF**
Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    Michael Reid aka Wayne Martin v. City of New York, et al.
       17-CV-5268 (RPK) (JRC)

Your Honor:

I am one of the attorneys assigned to represent defendants in the above-referenced matter. Defendants write on behalf of defendants to respectfully request that we be permitted to attend the conference scheduled for today at 11:00 a.m. telephonically as opposed to in person. Defendants have reached out to plaintiff's counsel, but in light of the short notice, have not obtained plaintiff's position.

On May 23, 2022, plaintiff's incoming counsel, James Henning, filed an Order to Show cause against plaintiff's prior counsel, Napoli Shkolnik. See ECF No. 63. Napoli Shkolnik responded, and the Court Ordered that the telephonic status conference scheduled for today be converted into an in-person conference. See ECF No. 65 and Entry dated June 7, 2022. Defendants have taken no position plaintiff's application.

Defendants apologize for the late request, however, neither attorney familiar with this case is able to attend an in-person conference. Ms. Faddis is currently on trial before Judge Kimba Wood in the Southern District of New York. (Tardif v. City of New York, 13-cv-4056 (KMW)). After being adjourned in early May, it was rescheduled to begin on June 21, 2022. Counsel believed that it would be completed by this week and Ms. Faddis would be able to appear, but the trial has not been completed. In addition, I am currently on leave an unable to appear in person. However, I am able to participate telephonically in order to have an individual familiar with these proceedings present. Granting this request would allow counsel most familiar with the facts and circumstances in the case to participate, to the extent necessary, in this dispute between plaintiff's current and former counsel. Therefore, defendants request to be permitted to participate telephonically in the conference scheduled for 11:00 today.

The parties thank the Court for its time and consideration.

Respectfully,

/s/

Joseph Zangrilli
*Senior Counsel*
Special Federal Litigation Division

cc:   **VIA ECF**
James Henning
*Attorney for Plaintiff*

2